IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:06cr384

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>vs. )<br>)<br>)<br>JASON A. LEWIS (2) )<br>_____ ) | ORDER |

**THIS MATTER** is before the Court upon motions of the defendant for a bill of particulars (Doc. No. 24) and to dismiss certain counts in the Superseding Indictment for vagueness (Doc. No. 25).

Since the filing of the motions, the Grand Jury has returned a Second Superseding Indictment (Doc. No. 45), rendering the defendant's complaints about the former indictment moot.

**IT IS, THEREFORE, ORDERED** that the defendant's motions are DENIED without prejudice.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, and to the United States Attorney.

Signed: December 22, 2006

Robert J. Conrad, Jr.
Chief United States District Judge